Case IPR2014-01240  
U.S. Patent No. 8,366,268 B2

UNITED STATES PATENT AND TRADEMARK OFFICE

———————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————

CHUMS, INC., and CROAKIES, INC.,
Petitioners,

v.

CABLZ, INC.,
Patent Owner.

———————

Case IPR2014-01240
Patent 8,366,268 B2

———————

CABLZ, INC.'S NOTICE OF APPEAL

8811985.2

Pursuant to 35 U.S.C. §§ 141 and 142 and 37 C.F.R. § 90.2, Patent Owner Cablz, Inc. hereby gives notice of its appeal to the United States Court of Appeals for the Federal Circuit from the February 8, 2016, Final Written Decision (Paper No. 43) by the United States Patent and Trademark Office Patent Trial and Appeal Board in *Inter Partes* Review IPR2014-01240 concerning Patent 8,366,268 B2, and from all orders, decisions, rulings, and opinions underlying the Final Written Decision.

In accordance with 37 C.F.R. § 90.2(a)(3)(ii), Cablz provides the following information regarding issues to be reviewed on appeal in order to allow the Director to determine whether to exercise the right to intervene:

(1) The Board's determination that claims 1–17 of the patent are unpatentable under 35 U.S.C. § 103, including the Board's findings regarding the scope and content of the art of record, the differences between the art and the invention of claims 1-17, and the motivation or reasons to combine the art, in view of the evidence of record and Plaintiff's burden of proof;

(2) The Board's findings regarding the evidence of secondary considerations of non-obviousness and the nexus between the evidence and the patent, and the Board's application of those findings; and

(3) The Board's application of the broadest reasonable interpretation standard and construction of the claims in the patent at issue; and

(4) The Board's erroneous application of *Ormco Corp. v. Align Tech., Inc.*, 463 F.3d 1299 (Fed. Cir. 2006), concerning the nexus between evidence of secondary considerations and the patent, in light of *Rambus Inc. v. Rea*, 731 F.3d 1248 (Fed. Cir. 2013), and *Gator Tail LLC v. Mud Buddy LLC*, 2015 WL 3833465 (Fed. Cir. 2015).

Cablz reserves the right to raise on appeal any finding or determination related to the

8811985.2

issues listed above and to raise any other issue decided adversely to it in the proceedings underlying the Final Written Decision.

      Simultaneously with this notice, copies of Cablz's Notice of Appeal are being filed with the Patent Trial and Appeal Board and the Clerk of Court for the United States Court of Appeals for the Federal Circuit. In addition, the required docketing fees are being paid to the United States Court of Appeals for the Federal Circuit through pay.gov.

Dated: April 8, 2016

/Joseph Bird/
Joseph Bird (Reg. No. 50,366)
Paul Sykes (Reg. No. 43,942)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Brimingham, AL 35203
(205) 521-8000
(205) 521-8800 (fax)
jbird@babc.com
psykes@babc.com

*Counsel for Patent Owner*
*Cablz, Inc.*

8811985.2

## **CERTIFICATE OF SERVICE AND FILING**

Pursuant to 37 C.F.R. § 42.6(e), I certify that, on April 8, 2016, in addition to being electronically filed through the Patent Trial and Appeal Board's Patent Review Processing System, true and correct copies of CABLZ, INC.S NOTICE OF APPEAL were filed and served as set forth below:

### **Filing by Hand**

The Director of the United States Patent and Trademark Office, at the following address in accord with 37 C.F.R. §§ 90.2, 104.2:

>  Office of the General Counsel, 10B20
>  Madison Building East
>  600 Dulany Street
>  Alexandria, Virginia

The Clerk of Court of the United States Court of Appeals for the Federal Circuit, at the following address, in accord with Federal Circuit Rule 15(a)(1):

>  Clerk of Court
>  United States Court of Appeals for the Federal Circuit
>  National Courts Building, Room 401
>  717 Madison Place NW
>  Washington, DC 20439

8811985.2

## Service Electronically

Counsel of record for Petitioners was served by electronic mail, as agreed to by the parties, at the following correspondence address of record:

Daniel C. Higgs, Reg. No. 55,265
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, Utah 84111
Email: CablzIPRService@stoel.com

Andrew D. Malsow, Reg. No. 28,325
Law Office of Andrew D. Maslow
P.O. Box 802
Teton Village, Wyoming 83025
Email: andy@andymaslow.com

/Joseph Bird/
Joseph Bird (Reg. No. 50,366)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Brimingham, AL 35203
(205) 521-8000

8811985.2