# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cablz, Inc　　v.　　Chums, Inc. and Croakies, Inc.

No.　　16-1823

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Chums, Inc. and Croakies, Inc.
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
- ☐ Appellant     ☒ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Hunter O. Ferguson |
| Law Firm: | Stoel Rives LLP |
| Address: | 600 University Street, Suite 3600 |
| City, State and Zip: | Seattle, Washington |
| Telephone: | 206-386-7514 |
| Fax #: | 206-386-7500 |
| E-mail address: | hunter.ferguson@stoel.com |

Statement to be completed by counsel only (select one):
- ☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/20/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date April 22, 2016　　Signature of pro se or counsel　/s/ Hunter O. Ferguson

cc: _____

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

>  Daniel C. Higgs: CablzIPRService@stoel.com
> Andrew D. Maslow: andy@andymaslow.com
> Scott Burnett Smith: ssmith@babc.com
> Jake Michael Gipson: jgipson@babc.com

/s/ *Ann-Marie Liddell*