Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CABLZ, INC.,**
*Appellant*

v.

**CHUMS, INC., CROAKIES, INC.,**
*Appellees*

---

2016-1823

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01240.

---

**ON MOTION**

---

**O R D E R**

Scott Burnet Smith and Jake Michael Gipson separately move to withdraw as principal counsel and counsel, respectively, for Cablz, Inc. Cablz separately moves unopposed for a 60-day extension of time to file its opening brief.

IT IS ORDERED THAT:

(1) The motions to withdraw as principal counsel and counsel are granted.

(2) The entry of appearance for Michael J. Douglas is accepted for filing.

(3) The motion for an extension of time is granted to the extent that Cablz's opening brief is due no later than October 4, 2016.

> FOR THE COURT
>
> /s/ Peter R. Marksteiner
> Peter R. Marksteiner
> Clerk of Court

s25