Appeal No. 16-1823

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Cablz, Inc.**

*Respondent-Appellant*,

v.

**Chums, Inc. and Croakies, Inc.,**

*Petitioner-Appellees*.

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD, NO. IPR2014-01240

# JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 17(f)

Marc T. Rasich
Joshua G. Gigger
Daniel C. Higgs
STOEL RIVES LLP
201 South Main Street
Suite 1100
Salt Lake City, UT 84111
(O) 801-328-3131

Hunter O. Ferguson
STOEL RIVES LLP
600 University Street
Suite 3600
Seattle, WA 98101-3197
(O) 206-386-7514

***Attorneys for Petitioners-Appellees Chums, Inc. and Croakies, Inc.***

## CERTIFICATE OF INTEREST

Counsel for Chums, Inc. and Croakies, Inc. certifies the following:

1. The full name of every party represented by counsel is Chums, Inc. and Croakies, Inc.

2. The parties represented by counsel are the real parties in interest.

3. Both parties represented by counsel do not have a parent corporation and no publicly held company owns 10 percent or more of the stock of either party represented by counsel.

4. The law firms of Stoel Rives LLP, Renaissance IP Law Group, and the Law Office of Andrew D. Maslow, and attorneys Daniel C. Higgs, Kevin B. Laurence, and Andrew D. Maslow appeared for Chums, Inc. and Croakies, Inc. before the United States Patent and Trademark Office Patent Trial and Appeal Board.

5. The following attorneys will be appearing for Chums, Inc. and Croakies, Inc. in this appeal: Marc T. Rasich, Joshua G. Gigger, Hunter O. Ferguson, Daniel C. Higgs, and Andrew D. Maslow.

Pursuant to Federal Circuit Rule 17(f), Petitioners-Appellees Chums, Inc. and Croakies, Inc., along with Respondent-Appellant Cablz, Inc. (collectively, the Parties), file this Joint Statement of Compliance with Federal Circuit Rule 17(f).

Federal Circuit Rule 17(f) requires parties to "promptly review the record to determine whether protected portions need to remain protected on appeal." The Parties have reviewed the record, as required under this rule, and determined that all portions of the record protected in the agency proceeding below should remain protected on appeal.

Dated: January 23, 2017

By: */s/ Marc T. Rasich*
MARC T. RASICH

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Joint Statement of Compliance with Federal Circuit Rule 17(f) with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 23rd day of January 2017, which will send notice of such filing to all registered CM/ECF users in this matter.

*/s/ Marc T. Rasich*
Marc T. Rasich
Joshua G. Gigger
Daniel C. Higgs
STOEL RIVES LLP
201 South Main Street
Suite 1100
Salt Lake City, UT 84111
(O) 801-328-3131
Marc.Rasich@stoel.com
Josh.Gigger@stoel.com
Dan.Higgs@stoel.com

90468673.1 0052018-00009